IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr501 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN A. FERRARA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 44 be stricken from the record for the following reason:

- Duplicate document of number 43.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 44 from the record.

DATED this 8th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge