# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN A. FERRARA, ) <br> ) <br> Defendant. ) | 8:04CR501 <br><br> ORDER |

Defendant John A. Ferrara appeared before the court on Wednesday, April 4, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [66]. The defendant represented himself Pro Se, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 10, 2012 at 11:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 4th day of April, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge